**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Santana Jade Cline,<br><br>        Plaintiff,<br><br>CBSK D.B.A. American Home Loans; Mortgage Electronic Registration Systems, Inc.; MERSCORP Holdings, Inc.; HSBC Bank USA, NA; Ocwen Loan Servicing, LLC<br><br>        Defendants. | Case No. SACV 13-1720-JLS(JPRx)<br><br>**JUDGMENT** |

1  On March 5, 2015, the Court entered an In Chambers Order on HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP3's Motion to Dismiss the First Amended Complaint, Plaintiff's Request for Default Judgment and Plaintiff's Motion to Clarify and Reconsider finding these matters appropriate without oral argument.

After consideration of the papers submitted and the pleadings in this action the Court GRANTED HSBC's Motion to Dismiss the First Amended Complaint, dismissing the action on the basis of *res judicata*, and DENIED as moot Plaintiff's Request for Default Judgment and Plaintiff's Motion to Clarify and Reconsider.

Based on this ruling and consistent with the Court's Order entered on March 5, 2015,

**IT IS SO ORDERED, ADJUDGED AND DECREED** that a Judgment of Dismissal with prejudice be entered in favor of Defendants as to the entire action.

Dated: March 13, 2015

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE